# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATEVIK AYVAZYAN,<br><br>                              Petitioner,<br><br>    v.<br><br>PAM BONDI, *et al.*,<br><br>                              Respondents. | Case No. 25-cv-01371-BAS-MSB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Petitioner Tatevik Ayvazyan filed this action seeking mandamus relief under the Administrative Procedure Act ("APA"). (ECF No. 1.) Her Petition seeks an order requiring the Government to provide Petitioner with a credible fear screening for an asylum claim. (*Id.*)

Petitioner moved for a temporary restraining order. (ECF No. 2.) The Court froze the status quo and ordered the Government to respond. (ECF No. 4.) The Government filed a response indicating Petitioner had already been removed and had been provided a credible fear screening with negative results. (ECF No. 7.) The Court ultimately denied the request for a temporary restraining order for lack of jurisdiction. (ECF No. 9.)

Further, given that the Government provided evidence indicating Petitioner received a credible fear screening, the Court ordered Petitioner to show cause as to why her claim under the APA was not moot. *See, e.g., Johnson v. Rancho Santiago Cmty. Coll. Dist.*, 623

F.3d 1011, 1018 (9th Cir. 2010) (noting the general rule is that a case is moot where there is no longer any present controversy as to which relief can be granted).

Petitioner responded to the Order to Show Cause. (ECF No. 13.) She argued she should be able to continue to pursue the resolution of her Petition for a writ of mandamus. (*Id.*) However, in light of Petitioner's removal to Armenia, the Court noted that any claim under the APA had substantially changed. (ECF No. 14.) Further, the Court expressed concern over the propriety of venue in this District. (*Id.*) Therefore, the Court found it appropriate to order Petitioner to file a First Amended Petition for Writ of Mandamus by November 12, 2025. The Court cautioned Petitioner that if she did not file a First Amended Petition, the Court would dismiss this action without prejudice.

The Court's deadline has come and gone, and no First Amended Petition was filed. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for failure to prosecute and for failure to comply with the Court's prior order. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: November 13, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**